UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Barry Segal, | COURT FILE NO. 18-CV-2333 (DSD/ECW) |
| Plaintiff, | |
| v. | |
| Metropolitan Council., | PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT |
| Defendant. | |

**TO:** Defendant Metropolitan Council and its attorneys, Susan Ellingstad and Stephen Owens, Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401.

The Plaintiff, Barry Segal, moves the Court for its order for the following relief:

1. Declaring that this matter has been settled according to the material terms agreed upon by the parties during the settlement conference of June 15, 2022.

2. Entering its Order to enforce the aforesaid settlement agreement. Plaintiff's motion is based on the Affidavit of Roderick J. Macpherson III, Plaintiff's Memorandum in support of his motion and other supporting affidavits and materials which will be filed with the Court.

                                        MID-MINNESOTA LEGAL AID
                                        MINNESOTA DISABILITY LAW CENTER

Date:  August 8, 2022                By: /s/ Roderick J. Macpherson III
                                        Roderick J. Macpherson III
                                        Attorney ID No. 66163
                                        111 North Fifth Street, Suite 100
                                        Minneapolis, MN  55403
                                        (612) 746-3731
                                        rjmacpherson@mylegalaid.org

                                        Attorney for Plaintiff