

**MID-MINNESOTA LEGAL AID**
**MINNESOTA DISABILITY LAW CENTER**
Duluth    Fertile    Mankato    Minneapolis
Roderick J. Macpherson III ▪ (612) 746-3731 ▪ rjmacpherson@mylegalaid.org

August 30, 2022

Hon. Judge David Doty                              **SENT VIA EMAIL**
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE:   **Segal v Metropolitan Council**
      **Court File No.:  18-cv-02333 (DSD/ECW)**

Dear Judge Doty:

I write on behalf of Mr. Segal, the Plaintiff in this action, to inform you that the parties have agreed to submit their dispute concerning the release term of the settlement agreement to Magistrate Judge Wright to be resolved through the IDR process. Magistrate Judge Wright has scheduled a hearing on the matter for September 13, 2022. (Please see ECF Document No. 118).

Consequently, Mr. Segal will withdraw his Motion to Enforce the Settlement Agreement which is scheduled for October 11, 2022.

I have spoken with Magistrate Judge Wright's clerk about transferring the two interpreters the Court retained for the October hearing to the September hearing before Magistrate Judge Wright. I have spoken with both of the interpreters. They are both available on September 13 and are reserving that date on their schedules.

If you have any questions, please contact me.

Sincerely,

*/s/ Roderick J. Macpherson III*                   cc:   Susan Ellingstad (via email)
                                                          Steven Owen (via email)
Roderick J. Macpherson III                                Samantha Girard (via email)
Minnesota Disability Law Center                           Barry Segal (via email)

Attorney for Barry Segal

RJM:ep

*The Protection and Advocacy System for Minnesota*
**111 North Fifth Street, Suite 100  Minneapolis, MN  55403**
Toll Free Client Intake:  (800) 292-4150  TDD  (612) 332-4668  www.mndlc.org
A United Way Agency